IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-16-0233 |
| NATHANIEL TWAITE, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Now pending before the Court is Defendant's *pro se* filing (ECF No. 45), which requests that the Court reduce Defendant's sentence. While the Court understands the motivations for such filing, Defendant has cited no legal authority under which his sentence may be reduced. Defendant's Motion (ECF No. 45) is accordingly DENIED.

DATED this 26 day of August, 2021.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
Chief Judge

1